JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EFREN RAMOS et al.,

  Plaintiffs,

v.

ALCHEMEE, LLC,

  Defendant.

Case No. 2:24-cv-07827-SB-BFM

ORDER ADMINSTRATIVELY CLOSING CASE

  Before being transferred to this district, this case was consolidated with *Teron v. Alchemee LLC*, No. 2:24-cv-07538-SB.  Dkt. No. 20.  *Teron* was transferred as a consolidated case, with the *Ramos* plaintiffs appearing on the docket.  *Teron*, No. 2:24-cv-07538-SB, Dkt. Nos. 31, 32.  But *Ramos* was assigned a different case number and docket.  Dkt. Nos. 30, 31.  The parties now jointly request that, because *Teron* and *Ramos* are consolidated, the Court administratively close *Ramos*.  Dkt. No. 40.  The Court grants the request.  The clerk's office is directed to administratively close the case.

Date: October 8, 2024

Stanley Blumenfeld, Jr.
United States District Judge